**In the Matter of UNITED CIGAR STORES COMPANY OF AMERICA, a New Jersey Corporation, Bankrupt.**

**William O. HAY, as Executor and Trustee of the Estate of Annie Wilson Hay, Deceased, Appellant, v. IRVING TRUST COMPANY, as Trustee In Bankruptcy, Appellee.**

**No. 445.**

Circuit Court of Appeals, Second Circuit.

June 11, 1934.

Henry S. Miller, of New York City, for appellant.

Cravath, de Gersdorff, Swaine & Wood, of New York City (William D. Whitney and R. L. Gilpatric, both of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order (4 F. Supp. 859) affirmed on authority of Manhattan Properties v. Irving Trust Company, 291 U. S. 320, 54 S. Ct. 385, 78 L. Ed. 824.